USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

HIRAM FELIZ,

                              Defendant.

No. 20-cr-695 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Based on a review of the docket, which reveals that the instant criminal action was commenced approximately fourteen months ago, the defendant is charged with a felony, the defendant wishes to enter a guilty plea pursuant to a plea agreement, and the defendant does not wish to delay the plea, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Hiram Feliz can and should be permitted to plead guilty and the plea hearing can be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

    Accordingly, it is hereby ORDERED that the plea hearing for Defendant Hiram Feliz be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 57.

Dated:   March 29, 2021
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge