UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

HIRAM FELIZ

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 695 (NSR)
-CR- ( )( )

Defendant __HIRAM FELIZ__ hereby voluntarily consents to participate in the following proceeding via ✓videoconferencing or ✓teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer ON 4-9-21
~~RULE 11~~ ENTRY OF GUILTY PLEA

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

__HIRAM FELIZ__
Print Defendant's Name

__JOSEPH A. VITA__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__4/9/21__
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge