UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

HIRAM FELIZ,

                          Defendant.

------------------------------------------------------------X

**MEMORANDUM**

20 Cr. 695 (NSR)

TO:    NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

Please find attached a transcript of the April 9, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 6, 2021
       White Plains, New York

                                              Respectfully submitted,

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge

July 6, 2021

This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge