USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

    - against -

HIRAM FELIZ,

               Defendant.

-------------------------------------------------------X

20 Cr. 695-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated July 6, 2021, is approved and accepted.

                                                      SO ORDERED.

                                                      Nelson S. Román
                                                      United States District Judge

Dated: White Plains, NY
         July 14, 2021