UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | |
| HIRAM FELIZ, | 20 CR 695 (NSR) |
| Defendant(s). | |

------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

In light of Defendant missing the in-person VOSR Admission and Sentencing scheduled for July 18, 2023 at 9:45 am, it is hereby

ORDERED **rescheduled, without objection by the parties, to September 6, 2023 at 3:30 pm.**

The public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated:   White Plains, New York
         July 18, 2023

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/18/2023